IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION
OF PAUL RUNDELL IN SUPPORT OF
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING (I) THE RETENTION OF ALVAREZ & MARSAL
NORTH AMERICA, LLC TO PROVIDE THE DEBTORS A CHIEF
RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL
AND (II) DESIGNATING PAUL RUNDELL AS CHIEF RESTRUCTURING
OFFICER FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, Paul Rundell, being duly sworn, hereby state as follows:

1. I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the world.

2. I submit this declaration (the "Supplemental Declaration") to supplement my prior declaration that was submitted in connection with A&M's retention in these chapter 11 cases. Unless otherwise stated herein, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M.[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. Beginning on January 11, 2025, (the "Petition Date"), Prospect Medical Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court").

4. On January 29, 2025, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention of Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Paul Rundell as Chief Restructuring Officer for the Debtors Effective as of the Petition Date* [Docket No. 306] (the "Application") and attached thereto as Exhibit C was my declaration in support of the Application (the "Prior Declaration").

5. I submit this Supplemental Declaration on behalf of A&M to provide additional information in further support of the Application.

6. A&M's affiliate, Alvarez & Marsal health Industry Group, LLC ("A&M HIG"), was engaged by CharterCare Health of Rhode Island, Inc. ("CHRI"), an entity created by Centurion Foundation, Inc., in December 2024 to provide Aaron Bujnowski as Chief Restructuring Officer to oversee and direct initiatives relating to post-sale integration and performance improvement in connection with CHRI's potential acquisition of certain of the Debtors' Rhode Island hospital facilities. Mr. Bujnowski's role was mandated by the state of Rhode Island, and A&M HIG and the state are in frequent communication regarding the status of the integration plan. With respect to that engagement, A&M HIG has expressly recused itself from providing any advice or services in matters that are adverse to the Debtors. A&M has instituted an information barrier to ensure that confidentiality of information is protected and that the engagement professionals are not cross-

staffed between the CHRI matter and A&M's engagement for the Debtors. The information wall also prevents A&M HIG personnel who are staffed on the CHRI matter from having access to A&M's files related to the Debtors and vice versa. All parties to the information barrier sign an acknowledgement form which is retained for the firm's records.

7. Further, A&M HIG was engaged by Yale New Haven Health ("YNHH") in March 2024 to provide integration management consulting services in connection with the proposed acquisition of the Connecticut hospitals and related assets from the Debtors. The work was paused on May 3, 2024 after YNHH initiated litigation against Prospect related to the transaction. Though the team is not actively engaged at this time, it would be expected that the integration work would restart if the transactions were approved by the Court and begin to move forward again. With respect to that engagement, A&M HIG has expressly recused itself from providing any advice or services in matters that are adverse to the Debtors. A&M has also instituted an information barrier to ensure that confidentiality of information is protected and that the engagement professionals are not cross-staffed between the YNHH matter and A&M's engagement for the Debtors. The information wall also prevents A&M HIG personnel who are staffed on the YNHH matter from having access to A&M's files related to the Debtors and vice versa. All parties to the information barrier sign an acknowledgement form which is retained for the firm's records.

8. To the best of my knowledge, following a review and investigation, A&M is disinterested and does not hold or represent any interest adverse to the Debtors or their estates. If any new material relevant facts or relationships are discovered or arise, A&M will promptly file another supplemental declaration.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 11th day of February 2025

*/s/ Paul Rundell*
Paul Rundell
Managing Director

## Certificate of Service

      I certify that on February 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                */s/ Thomas R. Califano*
                                                Thomas R. Califano