# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1] | Case No.  25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE PCO DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On January 11, 2025 (the "HCo Petition Date"), Prospect Medical Holdings, Inc. ("PMH") and its current hospital-related debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "HCo Debtors") commenced voluntary cases (the "HCo Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").[2]

On July 7, 2025 (the "PCo Petition Date"), PHP Holdings, LLC ("PHPH") and its newly filed physician-related debtor affiliates (collectively, the "PCo Debtors," and together with the HCo Debtors, the "Debtors") commenced voluntary cases (the "PCo Chapter 11 Cases" and together with the HCo Chapter 11 Cases, collectively, the "Chapter 11 Cases") under chapter 11 of title 11 of the Bankruptcy Code in the Court.

On July 9, 2025 the Court entered the *Order (I) Directing the Joint Administration of the PCo Debtors' Chapter 11 Cases with the HCo Debtors' Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2473].

The Schedules of Assets and Liabilities (the "PCo Schedules") and Statements of Financial Affairs (the "PCo Statements", and together with the PCo Schedules, the "PCo Schedules and Statements") were prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the PCo Debtors with unaudited information available as of the PCo Petition Date.

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2]  On March 13, 2025, the HCo Debtors filed their Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "HCo Schedules and Statements").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the PCo Debtors' Schedules and Statements of Financial Affairs* (the "PCo Global Notes") are incorporated by reference in, and comprise an integral part of, each PCo Debtor's respective PCo Schedules and Statements, and should be referred to and considered in connection with any review of the PCo Schedules and Statements.

In preparing the PCo Schedules and Statements, the PCo Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The PCo Debtors have historically prepared consolidated monthly financial statements and have not historically prepared stand-alone monthly financial statements. Unlike the consolidated financial statements, the PCo Schedules and Statements generally reflect the assets and liabilities of each PCo Debtor on a nonconsolidated basis. Accordingly, the amounts listed in the PCo Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by the PCo Debtors. The PCo Debtors, and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The PCo Debtors reserve their rights to amend and supplement the PCo Schedules and Statements as may be necessary or appropriate. For the avoidance of doubt, the PCo Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the PCo Debtors, or their agents, attorneys, and advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the PCo Debtors or any other Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the PCo Debtors or their agents, attorneys, or advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation and nature of certain assets and liabilities, to the extent that a PCo Debtor shows more assets than liabilities, this is not an admission that such PCo Debtor was solvent on the PCo Petition Date or at any time prior to the PCo Petition Date. Likewise, to the extent that a PCo Debtor shows more liabilities than assets, it is not an admission that such PCo Debtor was insolvent on the PCo Petition Date or any time prior to the PCo Petition Date.

Paul Rundell has signed each set of the PCo Schedules and Statements. Mr. Rundell serves as the Chief Restructuring Officer ("CRO") of the Debtors, and he is an authorized signatory for each of the PCo Debtors in these Chapter 11 Cases. In reviewing and signing the PCo Schedules and Statements, Mr. Rundell has necessarily relied upon the efforts, statements, advice, and representations of the PCo Debtors and their advisors. Mr. Rundell has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## PCo Global Notes and Overview of Methodology

1.  **Description of the Cases**.  Commencing on the PCo Petition Date, each of the PCo Debtors filed with this Court voluntary cases under chapter 11 of title 11 of the Bankruptcy Code. The PCo Debtors are authorized to continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On January 29, 2025, the United States Trustee for the Northern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors [Docket No. 295] (the "Committee") in the HCo Chapter 11 Cases.  As of the filing of these PCo Schedules and Statements, the composition of the Committee has not been modified on account of the commencement of the PCO Chapter 11 Cases.  On January 30, 2025, the U.S. Trustee appointed Suzanne Koenig as the patient care ombudsman [Docket No. 325].  No trustee or examiner has been appointed in these Chapter 11 Cases.

    The Debtors, inclusive of the PCo Debtors, continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 25-80002 (SGJ).

2.  **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate PCo Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The PCo Debtors reserve all rights to amend and supplement the PCo Schedules and Statements as may be necessary or appropriate. Nothing contained in the PCo Schedules and Statements or these PCo Global Notes constitutes a waiver of any of the PCo Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the PCo Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the PCo Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a)  **No Admission.**  Nothing contained in the PCo Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the PCo Debtors, any assertion made therein or herein, or a waiver of the PCo Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    (b)  **Recharacterization.**  Notwithstanding that the PCo Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the PCo Schedules and Statements, the PCo Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The PCo Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the PCo Schedules and Statements at a later time as is necessary and appropriate, including, without limitation, whether contracts or leases listed

herein were deemed executory or unexpired as of the PCo Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more PCo Schedules, PCo Statements, or one or more exhibits or attachments thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct PCo Schedules, PCo Statements, exhibits, or attachments.

(c)     **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the PCo Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the PCo Debtors' rights to recharacterize or reclassify such claim or contract or to setoff such claim.

(d)     **Claims Description.**   Any failure to designate a claim on the Debtors' PCo Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the PCo Debtors that such amount is not "disputed," "contingent," or "unliquidated." Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective PCo Schedules and Statements or described in these PCo Global Notes on any grounds, including, without limitation, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim.  Moreover, listing a claim does not constitute an admission of liability by the PCo Debtors against which the claim is listed or by any of the Debtors.  The PCo Debtors reserve all rights to amend their PCo Schedules and Statements and PCo Global Notes as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.**   The preparation of the PCo Schedules and Statements required the PCo Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the PCo Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(f)     **Causes of Action.**   Despite reasonable efforts, the PCo Debtors may not have identified all current and potential causes of action the PCo Debtors may have against third parties in their respective PCo Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The PCo Debtors reserve all rights with respect to any causes of action, and nothing in these PCo Global Notes or the PCo Schedules and Statements should be construed as a waiver of any such causes of action.

(g)     **Intellectual Property Rights.**  Exclusion of certain intellectual property from the PCo Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or

4

otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the PCo Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The PCo Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact be owned by another. Accordingly, the PCo Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

(h)     **Executory Contracts and Unexpired Leases.**  Although the PCo Debtors made diligent efforts to identify contracts and unexpired leases as executory within the scope of section 365 of the Bankruptcy Code and to attribute an executory contract to its rightful PCo Debtors, in certain instances, the PCo Debtors may have inadvertently failed to do so due to the complexity and size of the PCo Debtors' businesses. Accordingly, the PCo Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these Chapter 11 Cases.

(i)     **Insiders.**  In the circumstance where the PCo Schedules and Statements require information regarding "insiders," the PCo Debtors have included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods.  Such individuals may no longer serve in such capacities.  As to each PCo Debtor, an individual or entity is designated as an "insider" for the purposes of the PCo Schedules and Statements if such individual or entity, based on the totality of the circumstances, may have a controlling interest in, or may exercise sufficient authority over, the PCo Debtor so as to direct corporate policy and the disposition of corporate assets.

The listing or omission of a party as an insider for purposes of the PCo Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the PCo Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control of the PCo Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the PCo Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

(j)     **Umbrella or Master Agreements.**  Contracts listed in the PCo Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the PCo Debtors.  Where relevant, such agreements may have been listed in the PCo Schedules and Statements of only the PCo Debtor(s) that signed the original umbrella or master agreement.  Other PCo Debtors, however, may be liable together with such PCo Debtor(s) on account of such agreements.  The PCo Debtors reserve all rights to amend the PCo Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.  Additionally, by listing an umbrella or master agreement in these PCo Schedules and Statements, the PCo Debtors make no representation as to the severability of such agreements and their related contracts and leases, including any subleases, and the PCo Debtors reserve any and all rights with respect to any arguments or claims it may have in regard to the severability of such agreements.

(k)     **Court Orders.**  Certain orders of the Bankruptcy Court entered in these Chapter 11 Cases (the "First Day Orders") have been extended or seeking to be extended to the PCo Debtors through the *Order (I) Applying Certain Orders in the HCo Debtors' Chapter 11 Cases to the PCo Debtors and (II) Granting Related Relief* [Docket No. 2476] (the "First Joinder Order") and the *Debtors' Motion for Entry of an Order (I) Applying the (A) Wage Orders and (B) JMB DIP Order in the HCo Debtors' Chapter 11 Cases to the PCo Debtors; and (II) Granting Related Relief* [Docket No. 2446] (the "Second Joinder Motion"), which authorizes (but not directed) the PCo Debtors to pay, among other things, certain prepetition claims of employees and potential lien holders.  Accordingly, these liabilities may have been or may be satisfied in accordance with such First Day Orders, the First Joinder Order, or Second Joinder Motion and therefore, generally are not listed in the PCo Schedules and Statements.  Regardless of whether such claims are listed in the PCo Schedules and Statements, to the extent such claims are paid pursuant to any order of the Bankruptcy Court (including the First Day Orders, the First Joinder Order, or the Second Joinder Motion), the PCo Debtors reserve all rights to amend, supplement, or otherwise modify the PCo Schedules and Statements as is necessary or appropriate.

(l)     **Other Paid Claims.**  To the extent the PCo Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the PCo Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval.  To the extent the PCo Debtors pay any of the claims listed in the PCo Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the PCo Debtors reserve all rights to amend and supplement the PCo Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

3.     **Description of Cases and "As Of" Information Date.**  Beginning on July 7, 2025, or the "PCo Petition Date," each of the PCo Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Court.  The PCo Debtors sold substantially all of its assets to Astrana Health, Inc. ("Astrana") on July 1, 2025 (the "Astrana Transaction").

Accordingly, the PCo Debtors are substantially non-operational.  The information provided herein, except as otherwise noted, is reported as of the PCo Petition Date of each respective PCo Debtor, as appropriate.

4.    **Confidential or Sensitive Information**.    There may be instances in which certain information in the PCo Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential  or commercially sensitive nature of certain information.  Any alterations or redactions in  the PCo Schedules and Statements are limited only to what the PCo Debtors believe is necessary to protect the PCo Debtors or the applicable third-party, and the PCo Debtors have provided interested parties with sufficient information to discern the nature of the listing.    As set forth in the   *Order (I) Authorizing the Debtors to File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the 30 Largest Unsecured Creditors; (II) Authorizing (A) the Debtors to Redact Certain Personally Identifiable Information, and (B) the Implementation of Procedures to Protect Confidential Patient Information; (III) Establishing a Complex Service List; (IV) Approving Form and Manner of Notice of Commencement; and (V) Granting Related Relief* [Docket No. 123] (the "Creditor Matrix Order") and the *Order (I) Authorizing the Debtors to File the Unredacted Version of the Key Employee Incentive Plan Under Seal and (II) Granting Related Relief* [Docket No. 2215] (the "Redaction Order"), as made applicable to the PCo Debtors pursuant to the First Joinder Order or applicable through a future joinder order later entered by the Court, the Debtors may redact personally identifiable information such as names and addresses of current and former employees, officers, directors, contract workers, vendors, suppliers, equity holders and other individuals, as well as redact certain confidential information.

5.    **Methodology.**

(a)    **Basis of Presentation.**  The PCo Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each PCo Debtor.  The PCo Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The PCo Schedules and Statements reflect the PCo Debtors' reasonable efforts to report the assets and liabilities of each PCo Debtor on an unconsolidated basis, including to reflect the sale to Astrana.

(b)    **Duplication.**  Certain of the PCo Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the PCO Schedules and Statements.  To the extent these disclosures would be duplicative, the PCo Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(c)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the PCo Debtors.  Accordingly, unless otherwise indicated, the Debtors' PCo Schedules and Statements reflect net book values as of May 31, 2025.  Market values may vary, in some instances, materially, from net book values.  The PCo

Debtors believe that it would be an inefficient use of estate assets to obtain the current market values of the PCo Debtors' remaining property. Accordingly, the PCo Debtors have indicated in the PCo Schedules and Statements that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these PCo Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the PCo Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the PCo Debtors with respect to such asset.

(d)  **Contingent Claim.**  A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

(e)  **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(f)  **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the PCo Debtors are scheduled as "unliquidated."

(g)  **Disputed Claim.**  A claim with respect to which the applicable PCo Debtor and the claimant disagree as to the amount owed, whether any amount is owed, the priority of the claim, or otherwise is "disputed."

(h)  **Totals.**  All totals that are included in the PCo Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i)  **Paid Claims.**  The Bankruptcy Court has authorized (but not directed) the PCo Debtors to pay, in their discretion, certain outstanding claims on a postpetition basis. Pursuant to such orders, certain prepetition liabilities that the PCo Debtors have paid postpetition or those which the PCo Debtors plan to pay via this authorization may not be listed in the PCo Schedules and Statements.

(j)  **Liens.**  The inventories, property, and equipment listed in the PCo Schedules and Statements are presented without consideration of any liens.

(k)  **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(l)  **Liabilities.**  The PCo Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the PCo Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The PCo Debtors reserve the right to amend the PCo Schedules and Statements and these PCo Global Notes as they deem appropriate in this and all other regards.

(m) **Excluded Assets and Liabilities.** The PCo Debtors have excluded certain categories of assets and liabilities from the PCo Schedules and Statements, including, but not limited to: certain deferred charges, investments in subsidiaries, reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets; deferred tax liabilities; and other intangibles; deferred revenue accounts; and certain accrued liabilities, including salaries and employee benefits. The PCo Debtors have also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist. Other immaterial assets and liabilities may also have been excluded.

(n) **Intercompany Accounts.** The PCo Debtors maintain intercompany accounts in their books and records that record transfers of cash and other intercompany transactions among PMH subsidiaries and affiliates. Although efforts have been made to attribute these transactions to the correct legal entity, the PCo Debtors reserve the right to modify or amend the PCo Schedules and Statements to attribute such transactions to a different legal entity, as is necessary or appropriate. For additional information regarding the Debtors' intercompany transactions and related cash management protocols, see *Amended Order (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and Maintain Their Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records; and (II) Granting Related Relief* [Docket No. 783] (the "Cash Management Order"), the order which has been made applicable to the PCo Debtors pursuant to the First Joinder Order.

Receivables and payables among the PCo Debtors in these cases are reported in the PCo Schedules based upon the net intercompany balances. The listing by the PCo Debtors of any account between a PCo Debtor and another Debtor or a non-Debtor affiliate is a statement of what appears in a particular PCo Debtor's books and records is the result of consolidating the PCo Debtors' financial statements and does not reflect any admission or conclusion of the PCo Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The PCo Debtors take no position in these PCo Schedules and Statements as to whether such accounts would be allowed as a claim, an interest, or not allowed at all. The PCo Debtors and all parties-in-interest reserve all rights with respect to such accounts.

(o) **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the PCo Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the PCo Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the PCo Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The PCo Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited

to, the right to modify the PCo Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

(p) **Setoffs.** The PCo Debtors may periodically incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the PCo Debtors' PCo Schedules and Statements. The PCo Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

6. **Global Notes Control.** These PCo Global Notes pertain to and comprise an integral part of each of the PCo Schedules and Statements and should be referenced in connection with any review thereof. In the event that the PCo Schedules and Statements conflict with these PCo Global Notes, these PCo Global Notes shall control.

7. **Specific PCo Schedules Disclosures.**

(a) **PCo Schedules Summary**. Except as otherwise noted, the asset totals and liability information provided herein represents the PCo Debtors' assets and liabilities as of the PCo Petition Date. On July 1, 2025, the PCo Debtors consummated the sale of substantially all of their assets through the Astrana Transaction. As a result of the Astrana Transaction, the PCo Debtors are substantially non-operational. Accordingly, the PCo Debtors' assets, as reflected on these PCo Schedules, consist of the cash proceeds of the Astrana Transaction, and limited non-healthcare business-related assets of undetermined value that were explicitly excluded from the Astrana Transaction.

(b) **Schedule A/B, Part 1** – **Bank Accounts**. Amounts reported in schedule A/B question 3 reflect actual account balances as of the PCo Petition Date and may differ from general ledger books and record values.

(c) **Schedule A/B, Part 3 – Accounts Receivable** The PCo Debtors' Accounts Receivable were transferred to Astrana at the closing of the Astrana Transaction, accordingly the PCo Debtors have no Accounts Receivable.

(d) **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** To the extent a PCo Debtor has ownership interests in its subsidiaries, such interests have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value, and post Astrana Transaction adjustments were not available by the time of filing the PCo Schedules and Statements.

(e)    **Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles.**  The PCo Debtors' equipment, fixtures and office furniture were transferred to Astrana at the closing of the Astrana Transaction.

(f)    **Schedule A/B, Part 10 – Intangibles and Intellectual Property**.  To the extent a PCO Debtor has intangibles and intellectual property, the value of the PCo Debtor's remaining intangible assets is listed as undetermined.  The PCo Debtors are not able to provide a schedule with values specific to its intellectual property (including but not limited to, patents, trademarks, internet domains, and licenses).

(g)    **Schedule A/B, Part 11 – All Other Assets**.  The PCo Debtors have made reasonable efforts to report all other assets.  The PCo Debtors reserve all of their rights and defenses with respect to all other assets, including but not limited to any potential lawsuits and legal proceedings.  The omission of such other assets shall not constitute an admission by the PCo Debtors of any liabilities, and that any such omission shall not be deemed or construed as a waiver or release of any rights, claims, causes of action, or defenses, whether known or unknown, that the PCo Debtor may possess against any person or entity.

(h)    **Schedule D – Creditors Who Have Claims Secured by Property.**  The PCo Debtors have made reasonable efforts to report all secured claims against the PCo Debtors on Schedule D based on the PCo Debtors' books and records as of the PCo Petition Date.  However, the actual value of claims against the PCo Debtors may vary significantly from the represented liabilities.  Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any secured creditor's allowed claims or the correct amount of all secured claims.  Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules.  Parties in interest should consult their own professionals and advisors with respect to pursuing a claim.  Although the PCo Debtors and their professionals have generated financial information and data the PCo Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The PCo Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

Although the PCo Debtors may have scheduled claims of various creditors as secured claims, the PCo Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim (except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final).  The PCo Debtors have not

included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these PCo Global Notes or in the PCo Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

(i)     **Schedule E/F – Creditors Who Have Unsecured Claims.** The PCo Debtors have made reasonable efforts to report all priority and general unsecured claims against the PCo Debtors on Schedule E/F based on the PCo Debtors' books and records as of the PCo Petition Date. However, the actual value of claims against the PCo Debtors may vary significantly from the represented liabilities. Certain claims on E/F may have been satisfied post-petition by the PCo Debtors or third parties. Furthermore, accrued interest for some claims may not have been possible to determine. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the PCo Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the PCo Debtors and their professionals have generated financial information and data the PCo Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the PCo Schedules due to certain events that occur throughout these Chapter 11 Cases.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the PCo Debtors have not listed a date for each claim listed on Schedule E/F.

In the ordinary course of business, the PCo Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the PCo Schedules and Statements, the PCo Debtors may not have received all invoices for payables, expenses, or liabilities that may have accrued before the PCo Petition Date. Furthermore, payments to any vendors and lienholders made subsequent to the filing of these PCo Schedules will not be reflected in these PCo Schedules. The PCo Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the PCo Debtors' books and records and may not reflect all credits or allowances due

from the creditor.  The PCo Debtors reserve all of their rights concerning credits or allowances.

(j)     **Schedule E/F, Part 2 - Creditors with Nonpriority Unsecured Claims**.  The PCo Debtors have used reasonable efforts to report all general unsecured claims against the PCo Debtors in Schedule E/F, Part 2, based upon the PCo Debtors' books and records as of the PCo Petition Date.  The PCo Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the PCo Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  Prepetition amounts that may be paid in accordance with court orders, are marked as contingent.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the PCo Petition Date, the PCo Debtors estimate they have approximately 500,000 former members and patients (collectively, the "Patients").  To the best of the Debtors' knowledge and belief, the PCo Debtors' Patients do not hold claims against the PCo Debtors and have not been listed individually in the PCo Schedules.  However, to the extent any current or former Patient is a known creditor of the PCo Debtors (e.g., medical malpractice claimant, slip and fall claimant, etc.), the PCo Debtors have endeavored to include such parties in the PCo Schedules.

(k)     **Schedule G – Executory Contracts and Unexpired Leases.**  The PCo Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary.  Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract.  Any and all of the PCo Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.  In addition, the PCo Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all PCo Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

The names of employees and consultants and other individuals have been redacted for privacy purposes.

Certain information, such as the contact information or addresses of the counterparty, may not be included where such information could not be obtained using the PCo Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the PCo Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The PCo Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the PCo Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The PCo Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The PCo Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

Although the PCo Debtors have made diligent attempts to attribute an executory contract to its rightful PCo Debtor, in certain instances, the PCo Debtors may have inadvertently failed to do so and therefore the PCo Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The PCo Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

8.     **Specific PCo Statements Disclosures.**

(a)     **Statements, Part 1, Question 1 and 2 – Gross Revenue from business.** Revenue amounts listed for current fiscal year are through May 31, 2025. Due to historical accounting practices, the amounts listed in SOFA 1 and 2 do not reflect certain adjustments that were made on a consolidated basis that could not be pushed down to a legal entity level.

(b)     **Statements, Part 2, Question 3 – Payments or Others to Creditors within 90 Days of the PCo Petition Date**. The PCo Debtors reported certain payments made by Astrana on behalf of the PCo Debtors in connection with the Astrana

Transaction. In certain instances, primarily relating to claims and capitation disbursements, the Debtors listed the payments in the aggregate since the underlying payee detail was not readily available.

(c) **Statements, Part 2, Question 4 – Payments and Transfers to Certain Insiders within 1 year before the filing.** The PCo Debtors reported payments to certain non-officer and officer insiders within the year prior to the PCo Petition Date. The PCo Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code. In the HCo Statements, the Debtors previously disclosed payments to certain insiders (the "HCo Insiders"), who are also insiders of the PCo Debtors. Payments made to the HCo Insiders by PMH between the HCo Petition Date and the PCo Petition Date are presented on the PCo Debtors' Statements as transfers by PCo Debtor Prospect Medical Services, LLC. Payments made by the HCo Debtors to the HCo Insiders within the year prior to the HCo Petition Date are reported in response to Question 4 of the HCo Statements.

All individual payments to PCo Debtor affiliates are not reflected in Statement 4 due to their complexity and voluminous nature. The PCo Debtors have reported net intercompany positions for a twelve month period ending with May 31, 2025 in Statement 4. In addition, intercompany payables and receivables as of May 31, 2025 can be found on Schedule E/F and Schedule A/B but are listed in an undetermined amount since post Astrana Transaction adjustments were not available by the time of filing the PCo Schedules and Statements.

(d) **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The PCo Debtors have made reasonable best efforts to identify all current pending litigation and legal proceedings involving the PCo Debtors. The PCo Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and legal proceedings, as well as any retained claims, including but not limited to certain claims against and position as a plaintiff in an anti-trust and price-fixing proceeding against Blue Cross Blue Shield. The listing or omission of any such suits and proceedings shall not constitute an admission by the PCo Debtors of any liabilities or that the actions or proceedings were correctly filed against the PCo Debtors, and that any such omission shall not be deemed or construed as a waiver or release of any rights, claims, causes of action, or defenses, whether known or unknown, that the PCo Debtors may possess against any person or entity.

(e) **Statements, Part 4, Question 9 – Gifts or Charitable Contributions within 2 years before the filing.** The donations and/or charitable contributions listed in response to PCo Statement, Part 4, questions 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the PCo Debtors' books and records.

(f) **Statements, Part 6, Question 11– Payments Related to Bankruptcy.** All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or

preparation of a petition in bankruptcy within one year immediately preceding the PCo Petition Date are listed on that PCo Debtor's response to this PCo Statement, including payments to such entities that were not made strictly for debt counseling or restructuring services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

(g)     **Statement, Part 9, Question 16 - Personally Identifiable Information.** The PCo Debtors were healthcare providers that maintained paper and/or electronic medical records on their patients for treatment, payment, and healthcare operations in their facilities.  Patient records were maintained consistent with federal, state, and other related requirements to ensure confidentiality, integrity, and availability of the information.

(h)     **Statement, Part 10, Question 20 - Off-premises storage.**  The PCo Debtors no longer have access to the storage facilities listed in response to this question subsequent to the sale of the PCo Debtors' assets to Astrana.

(i)     **Statement, Part 13, Question 25.**  Information listed in Question 25 is based on best historical corporate structure information available.   Certain dates of ownership may be approximate and certain historical address information may be unavailable for entities that no longer exist.

(j)     **Statements, Part 13, Question 26 – Books, records, and financial statements.** The PCo Debtors have historically provided financial statements to various interested parties over the past two years, including, but not limited to, insurance carriers, lenders and financial institutions, landlords, material vendors, advisors, regulatory and state agencies and others.  The PCo Debtors do not maintain records of the parties who have requested or obtained copies.

(k)     **Statements, Part 13, Question 27 – Inventories – Supervisor and Dates of Inventories Taken Within 2 years.**  All of the PCo Debtors' inventory was transferred to Astrana at the closing of the Astrana Transaction, accordingly the PCo Debtors have not listed any inventories in response to Question 27.

(l)     **Statements, Part 13, Question 28 and 29 – Current and Former Officer and Directors.**  While the PCo Debtors have made reasonable best efforts to list all applicable officers and directors for each PCo Debtor in response to Statement Questions 28 and 29, some may have been omitted.  Disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the PCo Debtors.  As to each PCo Debtor, an individual or entity designated as an officer or director does not necessarily qualify such entity as an "insider" for purposes of the PCo Schedules and Statements if such individual or entity, based on the totality of the circumstances, does not have a controlling interest in, or exercise sufficient authority over, the PCo Debtors so as to direct corporate policy and the disposition of corporate assets.  In some instances we may have included the former office and director's initial hire date.

(m)    **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals
to Insiders.**  Refer to Statement Question 4 for this item.

\*        \*        \*        \*        \*

**Fill in this information to identify the case:**

Debtor name ___PHP Holdings, LLC___

United States Bankruptcy Court for the: ___Northern District of Texas, Dallas Division___

Case number (If known): ___25-80157___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..................................................................................................

   $ _____ 1,071,834.62*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................................................

   $ _____ 1,071,834.62*

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $ _____ 767,328,812.75

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................................

   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

   **+** $ _____ Undetermined

4. **Total liabilities** ........................................................................................................................

   $ _____ 767,328,812.75*

   Lines 2 + 3a + 3b

---

**\*Plus Undetermined Amounts**

**Fill in this information to identify the case:**

Debtor name  PHP Holdings, LLC

United States Bankruptcy Court for the:  Northern District of Texas, Dallas Division

Case number (If known)  25-80157

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $ 1,071,834.62 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 1,071,834.62

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 | $ |
| 7.2 | $ |

Debtor  PHI Holdings, LLC
        Name                                                              Case number (if known) 25-80157

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    $ _____

8.2 _____    $ _____

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.              $           0.00

| Part 3: | **Accounts receivable** |

**10.  Does the debtor have any accounts receivable?**

☑  No. Go to Part 4.

☐  Yes. Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

11a. 90 days old or less: _____ − _____ = ...... → $ _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ − _____ = ...... → $ _____
                        face amount        doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $           0.00

| Part 4: | **Investments** |

**13.  Does the debtor own any investments?**

☐  No. Go to Part 5.

☑  Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None                                    _____    $           0.00

14.2 _____                         _____    $ _____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

15.1 See Attached Rider    _____ %    _____    $    Undetermined

15.2 _____       _____ %    _____    $ _____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None                                    _____    $           0.00

16.2 _____                         _____    $ _____

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.           $    Undetermined

**\*Plus Undetermined Amounts**

Debtor  PHP Holdings, LLC                                    Case number (if known) 25-80157
        Name

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value  $ _____  Valuation method _____  Current value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor    PHP Holdings, LLC                                                        Case number (if known) 25-80157
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                          $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|---------------------|---------------------|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                          $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor   PHP Holdings, LLC                                    Case number (If known)  25-80157
         Name

---

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____ $ _____ _____ $ _____
   47.2 _____ $ _____ _____ $ _____
   47.3 _____ $ _____ _____ $ _____
   47.4 _____ $ _____ _____ $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____ $ _____ _____ $ _____
   48.2 _____ $ _____ _____ $ _____

49. **Aircraft and accessories**

   49.1 _____ $ _____ _____ $ _____
   49.2 _____ $ _____ _____ $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____ $ _____ _____ $ _____

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.                              $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

---

Debtor    PHP Holdings, LLC
Name
Case number (if known)    25-80157

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$                 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General Description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of debtor's<br>interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$                 0.00

Debtor  PHP Holdings, LLC                                                        Case number (if known)  25-80157
        Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10 ?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year ?**
    ☐ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    | None | | — | | = → | $ | 0.00 |
    |---|---|---|---|---|---|---|
    | | Total Face Amount | | Doubtful or uncollectible Amount | | | |

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    | None | Tax Year | | $ | 0.00 |
    |---|---|---|---|---|
    | | Tax Year | | $ | |
    | | Tax Year | | $ | |

73. **Interests in insurance policies or annuities**

    See Attached Rider                                           $    Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    None                                                         $    0.00

    **Nature of Claim**

    **Amount Requested**  $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    None                                                         $    0.00

    **Nature of Claim**

    **Amount Requested**  $

76. **Trusts, equitable or future interests in property**

    None                                                         $    0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    See Attached Rider                                           $    Undetermined

                                                                 $

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.          $    Undetermined

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year ?**
    ☑ No
    ☐ Yes

**\*Plus Undetermined Amounts**

| Debtor | PHP Holdings, LLC | Case number (If known) | 25-80157 |
|--------|-------------------|------------------------|----------|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,071,834.62 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . ............................................................. → | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ Undetermined | |
| 91. | **Total.** Add lines 80 through 90 for each column.............................91a. | $ 1,071,834.62* | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92........................................................... | | $ 1,071,834.62* |

*Plus Undetermined Amounts

Debtor Name:  PHP Holdings, LLC                                                                          Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| City National Bank | Standalone Account | 8735 | $1,071,834.62 |
| City National Bank | Disbursement Account | 6982 | $0.00 |
| | | **TOTAL** | **$1,071,834.62** |

Debtor Name:  PHP Holdings, LLC

Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Prospect Health Plan, Inc. | 100% | N/A | Undetermined |
| Prospect Intermediate Holdings, LLC | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  PHP Holdings, LLC                                                                                                   Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Safety National Casualty Corporation | Commercial Automobile | CA 6675792 | Undetermined |
| National Union Fire Ins. Co. (A XV) | Corporate Counsel Professional Liability | 01-615-44-94 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA (AIG) (A XV) | Crime | 01-621-67-91 | Undetermined |
| Beazley Lloyds Syndicate 2623/623 | DIC - CA Earthquake* (Quota Share/Layered Program) | D2CA47240501 | Undetermined |
| Mt. Hawley Insurance Company - 85% (A+ XI) Renaissance Re Syndicate (Lloyds) - 15% (A XV) | DIC - CA Earthquake* (Quota Share/Layered Program) | MCQ0203829 | Undetermined |
| RSUI Indemnity Company | Directors & Officers Liability | NDP712035 | Undetermined |
| RSUI Indemnity Company | Directors & Officers Liability | NDP712757 | Undetermined |
| Scottsdale Insurance Company (Nationwide) | Employment Practices Liability | PHS2408806 | Undetermined |
| Scottsdale Insurance Company (Nationwide) | Employment Practices Liability | PHS2408766 | Undetermined |
| Berkley Insurance Company | Excess Crime | BCCR-45001913-31 | Undetermined |
| Beazley Insurance Company, Inc. | Excess Crime | V204B3240801 | Undetermined |
| Ascot Insurance Company | Excess Directors & Officers Liability | MLXS2410001683-01 | Undetermined |
| Ascot Insurance Company | Excess Directors & Officers Liability | MLXS2410000572-04 | Undetermined |
| Bridgeway Insurance Company | Excess Directors & Officers Liability | 8JA7PX0002194-01 | Undetermined |
| Bridgeway Insurance Company | Excess Directors & Officers Liability | 8JA7PX0002254-00 | Undetermined |
| Freedom Specialty Insurance Company | Excess Directors & Officers Liability | XMF2410469 | Undetermined |
| Freedom Specialty Insurance Company | Excess Directors & Officers Liability | XMF2410884 | Undetermined |
| Hudson Excess Insurance Company | Excess Directors & Officers Liability | HE-0303-12024 | Undetermined |
| Hudson Insurance Company | Excess Directors & Officers Liability | HN-0303-7551-120124 | Undetermined |
| Lloyd's of London | Excess Directors & Officers Liability | CUAI0686-03 | Undetermined |
| Markel American Insurance Company | Excess Directors & Officers Liability | MKLM3MXM000716 | Undetermined |
| Markel American Insurance Company | Excess Directors & Officers Liability | MKLM3MXM000691 | Undetermined |
| North River Insurance Company | Excess Directors & Officers Liability | 575-103468-6 | Undetermined |
| North River Insurance Company | Excess Directors & Officers Liability | 575-103371-4 | Undetermined |

Debtor Name:  PHP Holdings, LLC

Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Obsidian Specialty Insurance Company | Excess Directors & Officers Liability | OII-587-DOX-1-2024-3-P | Undetermined |
| Palomar Excess and Surplus Insurance Co | Excess Directors & Officers Liability | OII-532-DOX-1-2024-0-P | Undetermined |
| StarStone Specialty Insurance Company | Excess Directors & Officers Liability | DNO00013491P-03 | Undetermined |
| Starstone Specialty Insurance Company | Excess Directors & Officers Liability | DNO00189951P-00 | Undetermined |
| Underwriters at Lloyd's of London | Excess Directors & Officers Liability | SGC 1544-00 | Undetermined |
| Wesco Insurance Company | Excess Directors & Officers Liability | EUW1909884-03 | Undetermined |
| Wesco Insurance Company | Excess Directors & Officers Liability | EUW2025669 00 | Undetermined |
| RSUI Indemnity Company | Excess Employment Practices Liability | NHS712101 | Undetermined |
| RSUI Indemnity Company | Excess Employment Practices Liability | NHS712104 | Undetermined |
| Endurance Risk Solutions Assurance Co. | Excess Employment Practices Liability | EPX30069449800 | Undetermined |
| Endurance Risk Solutions Assurance Co. | Excess Employment Practices Liability | MPX30011650603 | Undetermined |
| Ironshore Indemnity Inc. | Excess Employment Practices Liability | EPL7LAC4VYG001 | Undetermined |
| Ironshore Indemnity Inc. | Excess Employment Practices Liability | EPL7LAB3L2H004 | Undetermined |
| Ascot Insurance Company | Excess Fiduciary Liability | MLXS2410001369-02 | Undetermined |
| Endurance Risk Solutions Assurance Co. | Excess Fiduciary Liability | MPX30011652203 | Undetermined |
| Landmark American Insurance Company | Excess Fiduciary Liability | LHS712217 | Undetermined |
| Starr Indemnity & Liability Company | Excess Fiduciary Liability | 1000622030241 | Undetermined |
| National Fire & Marine Insurance Company | Excess Professional Liability | EN076243 | Undetermined |
| Allied World Specialty Insurance Company | Excess Security & Privacy (Cyber Liability) | 0313-1110 | Undetermined |
| Endurance American Specialty Insurance Company | Excess Security & Privacy (Cyber Liability) | CVX30069627700 | Undetermined |
| QBE Specialty Insurance (A XV) | Excess Security & Privacy (Cyber Liability) | 130008206 | Undetermined |
| Lloyd's of London (Axis/Indigo) (A+ XV) | Excess Security & Privacy (Technology E&O & Cyber Liability) | MEDTE2403198 | Undetermined |
| Argonaut Insurance Company | Excess Side-A DIC | MLX4289459-0 | Undetermined |
| Argonaut Insurance Company | Excess Side-A DIC | MLX4262701-3 | Undetermined |

Debtor Name:  PHP Holdings, LLC

Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Associated Industries Insurance Co, Inc | Excess Side-A DIC | ANV162546A | Undetermined |
| Associated Industries Insurance Co, Inc | Excess Side-A DIC | ANV156845A | Undetermined |
| Berkley Insurance Company | Excess Side-A DIC | BPRO8120317 | Undetermined |
| Gemini Insurance Company | Excess Side-A DIC | BPRO8117787 | Undetermined |
| General Security National Insurance Company | Excess Side-A DIC | FA0128554-2024 | Undetermined |
| General Security National Insurance Company | Excess Side-A DIC | FA0109864-2024-1 | Undetermined |
| XL Specialty Insurance Company | Excess Side-A DIC | ELU199879-24 | Undetermined |
| XL Specialty Insurance Company | Excess Side-A DIC | ELU201261-24 | Undetermined |
| Safety National Casualty Corporation | Excess Workers' Compensation | SP 4065719 | Undetermined |
| Hudson Insurance Company | Fiduciary Liability | SFD31211617-04 | Undetermined |
| ACE American Insurance Company | Foreign Package | PHFD38041630 008 | Undetermined |
| U.S. Specialty Insurance Company | Kidnap and Ransom | U722-85438 | Undetermined |
| Ironshore Specialty Insurance Company | Managed Care Errors & Omissions | HC7CACMNOX003 | Undetermined |
| Illinois Union Insurance Company | Pollution | PPI G2784019A 010 | Undetermined |
| Physicians Insurance | Primary Professional Liability | 500000288 | Undetermined |
| AIG Specialty Ins. Co. | Property | 020413520 | Undetermined |
| Columbia Casualty Company - 10% | Property* (Quota Share/Layered Program) | RMP 7035071680 | Undetermined |
| Endurance American Specialty Insurance Company | Property* (Quota Share/Layered Program) | ARL30011656003 | Undetermined |
| Everest Indemnity Insurance Company - 15% | Property* (Quota Share/Layered Program) | RP1P000105-241 | Undetermined |
| Zurich American Ins. Co. - 30% | Property* (Quota Share/Layered Program) | ZMD7129606-05 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Eighth Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Fifth Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Fourth Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |

Debtor Name:  PHP Holdings, LLC

Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Lead Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Second Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Seventh Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Sixth Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Conneticuit Healthcare Insurance Company | Reinsurance - Umbrella/Excess - Third Layer | CHIC-2024-UMB-001 CHIC-2024-UMB-002 CHIC-2024-UMB-003 | Undetermined |
| Lloyd's of London (Brit/Ki) (A XV) | Security & Privacy (Technology E&O & Cyber Liability) | MEDTE2401129 | Undetermined |
| Capitol Specialty Insurance Corporation | Side-A DIC | DO20241014-01 | Undetermined |
| Capitol Specialty Insurance Corporation | Side-A DIC | DO20211038-04 | Undetermined |
| Ace American Insurance Company (Chubb) | Storage Tank | G2835776A 006 | Undetermined |
| Beacon Mutual Insurance Co. | Worker's Compensation | 79914 | Undetermined |
| Safety National Casualty Corporation | Worker's Compensation | LDS4059385 | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  PHP Holdings, LLC

Case Number:  25-80157

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| Intercompany Receivable: RightRX | Undetermined |
| Intercompany Receivable: Prospect Intermediate Holdings, LLC | Undetermined |
| **TOTAL** | $0.00<br>+ Undetermined Amounts |

| | |
|---|---|
| Debtor name | PHP Holdings, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (If known): | 25-80157 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
BLUE TORCH CREDIT OPPORTUNITIES FUND II LP

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 116,529.45      $ Undetermined

**Creditor's mailing address**
150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
BLUE TORCH CREDIT OPPORTUNITIES FUND III LP

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 35,003.67      $ Undetermined

**Creditor's mailing address**
150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 767,328,812.75

Debtor    PHP Holdings, LLC                                          Case number (If known):  25-80157
          Name

| Part 1: | Additional Page | | Column A<br>Amount of Claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 14,532.45    $ Undetermined

**Creditor's mailing address**
150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.4**

**Creditor's name**
BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 33,511.40    $ Undetermined

**Creditor's mailing address**
150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | PHP Holdings, LLC | | Case number (If known): 25-80157 |
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**  **Creditor's name**

BLUE TORCH CREDIT OPPORTUNITIES
UNLEVERED FUND III LP

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$                58,998.34  $          Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.6**  **Creditor's name**

BLUE TORCH OFFSHORE CREDIT
OPPORTUNITIES MASTER FUND II LP

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$              364,940.54  $          Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    PHP Holdings, LLC
            Name                                                     Case number (if known):  25-80157

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of Claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.7** | **Creditor's name**

BTC HOLDINGS FUND II LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$                552,014.60   $        Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**      7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** | **Creditor's name**

BTC HOLDINGS FUND III LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$                268,997.08   $        Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**      7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    PHP Holdings, LLC
Name                                                        Case number (if known):  25-80157

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9    Creditor's name**

BTC HOLDINGS FUND III-B LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    163,693.84   $    Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10    Creditor's name**

BTC HOLDINGS KRS FUND LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$    192,994.21   $    Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | PHP Holdings, LLC | Case number (If known): 25-80157 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11**

**Creditor's name**

BTC HOLDINGS SBAF FUND LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 445,038.89   $ Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12**

**Creditor's name**

BTC HOLDINGS SC FUND LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 273,708.05   $ Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    PHP Holdings, LLC
Name    Case number (If known):    25-80157

---

| **Part 1:** | **Additional Page** | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.13**

**Creditor's name**
BTC OFFSHORE HOLDINGS FUND II-D LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$    256,603.37    $    Undetermined

**Creditor's mailing address**
150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.14**

**Creditor's name**
BTC OFFSHORE HOLDINGS FUND III LLC

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$    16,121.00    $    Undetermined

**Creditor's mailing address**
150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor  PHP Holdings, LLC
            Name                                                                          Case number (if known):  25-80157

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.15**

**Creditor's name**

BTC OFFSHORE HOLDINGS FUND III-B LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 107,760.58   $   Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Creditor's name**

BTC OFFSHORE HOLDINGS FUND III-D LLC

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ 106,329.95   $   Undetermined

**Creditor's mailing address**

150 EAST 58TH STREET
39TH FLOOR
NEW YORK, NY 10155

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

donflanagan@bluetorchcapital.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   PHP Holdings, LLC
                                                                        Case number (If known):  25-80157
         Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.17**

**Creditor's name**

CB NC CO-INVEST, L.P.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$   400,903.65   $   Undetermined

**Creditor's mailing address**

375 PARK AVENUE
NEW YORK, NY 10152

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

scao@centerbridge.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

**2.18**

**Creditor's name**

CB PH FUND, L.P.

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$   4,009,036.56   $   Undetermined

**Creditor's mailing address**

375 PARK AVENUE
NEW YORK, NY 10152

**Describe the lien**

Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**

scao@centerbridge.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | PHP Holdings, LLC | Case number (if known): 25-80157 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.19**

**Creditor's name**
CENTERBRIDGE CREDIT CS, L.P.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 6,013,554.80   $ Undetermined

**Creditor's mailing address**
375 PARK AVENUE
NEW YORK, NY 10152

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
scao@centerbridge.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.20**

**Creditor's name**
CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P.

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 1,002,259.13   $ Undetermined

**Creditor's mailing address**
375 PARK AVENUE
NEW YORK, NY 10152

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Creditor's email address, if known**
scao@centerbridge.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor  PHP Holdings, LLC
          Name                                                              Case number (if known): 25-80157

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

**2.21**

**Creditor's name**
MASSMUTUAL ASCEND LIFE INSURANCE COMPANY

**Creditor's mailing address**
375 PARK AVENUE
NEW YORK, NY 10152

**Creditor's email address, if known**
scao@centerbridge.com

**Date debt was incurred**    7/1/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 601,355.48    $ Undetermined

**Describe the lien**
Subordinated Secured Promissory Note Dated July 1, 2025

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22**

**Creditor's name**
MPT PICASSO INVESTORS TRS, LLC

**Creditor's mailing address**
1000 URBAN CENTER DR.
STE 501
BIRMINGHAM, AL 35242

**Creditor's email address, if known**

**Date debt was incurred**    5/23/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 752,294,925.71    $ Undetermined

**Describe the lien**
Convertible Promissory Note Dated May 23, 2023

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | PHP Holdings, LLC | Case number (If known): | 25-80157 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

Debtor    PHP Holdings, LLC

United States Bankruptcy Court for the:   Northern District of Texas, Dallas Division

Case number   25-80157
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $ | $ |

**2.1**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____PHP Holdings, LLC_____   Case number (if known) _____25-80157_____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
ALTA NEWPORT HOSPITAL, INC., DBA FOOTHILL REGIONAL MEDICAL CENTER
14662 NEWPORT AVE.
TUSTIN, CA 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Patient Litigation, Case No.30-2023-01370776-CU-PO-CJC, Superior Court of the State of California. County of Orange

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$     Undetermined

---

**3.2**
**Nonpriority creditor's name and mailing address**
ALTA NEWPORT HOSPITAL, LLC
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$     Undetermined

---

**3.3**
**Nonpriority creditor's name and mailing address**
NAME ON FILE
C/O SMITH CLINESMITH, LLP
ATTN: DAWN SMITH
633 WEST FIFTH STREET
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Patient Litigation, Case No.30-2023-01370776-CU-PO-CJC, Superior Court of the State of California. County of Orange

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$     Undetermined

---

**3.4**
**Nonpriority creditor's name and mailing address**
PROSPECT HEALTH PLAN, INC.
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$     Undetermined

---

**3.5**
**Nonpriority creditor's name and mailing address**
PROSPECT HEALTH PLAN, INC.
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$     Undetermined

---

**3.6**
**Nonpriority creditor's name and mailing address**
PROSPECT HEALTHCARE FACILITIES MANAGEMENT, LLC
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Patient Litigation, Case No.30-2023-01370776-CU-PO-CJC, Superior Court of the State of California. County of Orange

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$     Undetermined

Debtor    PHP Holdings, LLC _____    Case number (if known) ____25-80157____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7** | **Nonpriority creditor's name and mailing address**

PROSPECT INTERMEDIATE PHYSICIAN HOLDINGS, INC.
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

PROSPECT MEDICAL GROUP, INC.
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

PROSPECT MEDICAL HOLDINGS, INC.
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

PROSPECT MEDICAL HOLDINGS, INC.
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

PROSPECT MEDICAL SYSTEMS, LLC
3824 HUGHES AVE.
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | PHP Holdings, LLC | Case number (if known): 25-80157 |
|--------|-------------------|----------------------------------|
| | Name | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ☐ Not listed. Explain | |
| 4.2 | | Line ☐ Not listed. Explain | |
| 4.3 | | Line ☐ Not listed. Explain | |
| 4.4 | | Line ☐ Not listed. Explain | |
| 4.5 | | Line ☐ Not listed. Explain | |
| 4.6 | | Line ☐ Not listed. Explain | |
| 4.7 | | Line ☐ Not listed. Explain | |
| 4.8 | | Line ☐ Not listed. Explain | |
| 4.9 | | Line ☐ Not listed. Explain | |

Debtor  PHP Holdings, LLC
_____      Case number (If known) ___25-80157___
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ✚ | $ _____ 0.00 |
|  |  | + Undetermined Amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 0.00 |
|  |  | + Undetermined Amounts |

| | |
|---|---|
| Debtor name | PHP Holdings, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (If known): | 25-80157 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | Insurance Policy Dated 10/01/2024<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACE AMERICAN INSURANCE COMPANY<br>525 W. MONROE<br>7TH FLOOR<br>CHICAGO, IL 60661 |
| **2.2** | Insurance Policy Dated 10/01/2024<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACE AMERICAN INSURANCE COMPANY<br>525 W. MONROE<br>7TH FLOOR<br>CHICAGO, IL 60661 |
| **2.3** | Insurance Policy Dated 10/01/2024<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AIG SPECIALTY INS. CO<br>1271 AVENUE OF THE AMERICAS<br>FLOOR 41<br>NEW YORK, NY 10020-1304 |
| **2.4** | Insurance Policy Dated 10/01/2024<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ARGONAUT INSURANCE COMPANY<br>ARGO PRO UNDERWRITING<br>PO BOX 469011<br>SAN ANTONIO, TX 78246 |
| **2.5** | Insurance Policy Dated 10/01/2024<br><br>**State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASCOT INSURANCE COMPANY<br>55 W 46TH STREET<br>26TH FLOOR<br>NEW YORK, NY 10036 |

| Debtor | PHP Holdings, LLC | Case number (if known): 25-80157 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>ASCOT INSURANCE COMPANY<br>55 W 46TH STREET<br>26TH FLOOR<br>NEW YORK, NY 10036 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>ASSOCIATED INDUSTRIES INSURANCE CO, INC<br>ATTN: UNDERWRITING GROUP<br>ANV GLOBAL SERVICES, INC.<br>10 MADISON AVE<br>3RD FLOOR<br>MORRISTOWN, NJ 07960 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>BEACON MUTUAL INSURANCE CO.<br>ONE BEACON CENTRE<br>WARWICK, RI 02886-1378 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>BEAZLEY INSURANCE COMPANY, INC.<br>65 MEMORIAL ROAD<br>SUITE 320<br>WEST HARTFORD, CT 06107 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>BEAZLEY INSURANCE COMPANY, INC.<br>65 MEMORIAL ROAD<br>SUITE 320<br>WEST HARTFORD, CT 06107 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>BERKLEY PROFESSIONAL LIABILITY E&S<br>BERKLEY PROFESSIONAL LIABILITY CLAIMS C/O CLAIMS DEPARTMENT<br>757 THIRD AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10017 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>BERKLEY PROFESSIONAL LIABILITY E&S<br>BERKLEY PROFESSIONAL LIABILITY CLAIMS C/O CLAIMS DEPARTMENT<br>757 THIRD AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10017 |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Plan to Plan Dated 01/01/2019<br><br>BLUE SHIELD OF CALIFORNIA<br>9601 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90210 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>BRIDGEWAY INSURANCE COMPANY<br>555 COLLEGE ROAD EAST<br>PRINCETON, NJ 08543 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION<br>CLAIMS DEPARTMENT<br>1600 ASPEN COMMONS<br>SUITE 300<br>MIDDLETON, WI 53562 |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>COLUMBIA CASUALTY COMPANY<br>151 N. FRANKLIN STREET<br>CHICAGO, IL 60606 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |

Debtor PHP Holdings, LLC
_____
Name

Case number (if known): 25-80157

---

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | | |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Dated 10/01/2024 | CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Dated 10/01/2024 | CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Dated 10/01/2024 | CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Dated 10/01/2024 | CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Dated 10/01/2024 | CONNECTICUT HEALTHCARE INSURANCE CO<br>171 ELGIN AVE, GEORGE TOWN<br>WILLOW HOUSE, CRICKET SQUARE<br>GRAND CAYMAN, KY-1109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Ancillary Dated 11/01/2021 | ENCOMPASS HEALTH REHAB HOSP OF MURRIETA<br>35470 WHITEWOOD ROAD<br>ATTN: CONTRACTING<br>MURRIETA, CA 92563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy Dated 10/01/2024 | ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor | PHP Holdings, LLC
Name

Case number (if known): 25-80157

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>ENDURANCE RISK SOLUTIONS ASSURANCE CO.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>ENDURANCE RISK SOLUTIONS ASSURANCE CO.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>EVEREST INDEMNITY INSURANCE COMPANY<br>100 WARREN CORPORATE CENTER DRIVE<br>WARREN, NJ 07059 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>FREEDOM SPECIALTY INSURANCE COMPANY<br>CLAIM DEPARTMENT<br>PO BOX 182452<br>COLUMBUS, OH 43218 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>GENERAL SECURITY NATIONAL INSURANCE COMPANY<br>SCOR SPECIALTY INSURANCE<br>ATTENTION: EXECUTIVE RISK UNDERWRITING<br>28 LIBERTY STREET<br>SUITE 5400<br>NEW YORK, NY 10005 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ancillary Dated 12/01/2016<br><br>HORIZON AMBULANCE INC.<br>1920 E. KATELLA AVE., SUITE K<br>ATTN: JOVY ZAMORA<br>ORANGE, CA 92867 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>HUDSON EXCESS INSURANCE COMPANY<br>100 WILLIAM STREET<br>5TH FLOOR<br>NEW YORK, NY 10038 |

| Debtor | PHP Holdings, LLC | | Case number (if known): 25-80157 |
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>HUDSON INSURANCE COMPANY<br>100 WILLIAM STREET<br>5TH FLOOR<br>NEW YORK, NY 10038 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>ILLINOIS UNION INSURANCE COMPANY<br>P.O. BOX 1000<br>436 WALNUT STREET - WA 07A<br>PHILADELPHIA, PA 19106 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>IRONSHORE INDEMNITY INC.<br>LIBERTY MUTUAL INSURANCE<br>FINANCIAL LINES<br>28 LIBERTY STREET<br>5TH FLOOR<br>NEW YORK, NY 10005 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>LANDMARK AMERICAN INSURANCE COMPANY<br>1S376 SUMMIT AVE UNIT<br>UNIT 1FF<br>OAKBROOK TERRACE, IL 60181 |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>MARKEL AMERICAN INSURANCE COMPANY<br>4521 HIGHWOODS PARKWAY<br>GLEN ALLEN, VA 23060 |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>MT HAWLEY INSURANCE COMPANY<br>9025 N. LINDBERGH DR.<br>PEORIA, IL 61615 |

| Debtor | PHP Holdings, LLC | | |
| --- | --- | --- | --- |
| | Name | Case number (if known): | 25-80157 |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.41** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY<br>MEDPRO GROUP<br>5814 REED ROAD<br>FORT WAYNE, IN 46835 |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>NATIONAL UNION FIRE INS. CO.<br>1271 AVE. OF THE AMERICAS<br>FLOOR 37<br>NEW YORK, NY 10020-1304 |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>NATIONAL UNION FIRE INSURANCE COMPAN OF PITTSBURGH, PA<br>1271 AVE. OF THE AMERICAS<br>FLOOR 35<br>NEW YORK, NY 10020-1304 |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>NORTH RIVER INSURANCE COMPANY<br>C/O CRUM & FORSTER<br>EXECUTIVE RISK<br>305 MADISON AVENUE<br>MORRISTOWN, NJ 07962 |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>PALOMAR EXCESS AND SURPLUS INSURANCE CO<br>ATTN: ORION INSURANCE INTERMEDIARIES, LLC<br>1298 PROSPECT STREET<br>#1U<br>LA JOLLA, CA 92037 |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>PHYSICIANS INSURANCE RISK RETENTION GROUP, INC.<br>601 UNION STREET<br>SUITE 500<br>SEATTLE, WA 98101 |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ancillary Dated 09/01/2020<br><br>PIVAC ASC, LLC<br>1550 W. MCEWEN DR.<br>STE 500<br>FRANKLIN, TN 37067 |

| Debtor | PHP Holdings, LLC | | Case number (if known): 25-80157 |
|---|---|---|---|
| | Name | | |

| ⬛ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Support Services Agreement Dated 03/31/2023<br><br>PROSPECT MEDICAL HOLDINGS, INC.<br>3824 HUGHES AVE<br>CULVER CITY, CA 90232 |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>RSUI GROUP, INC.<br>945 EAST PACES FERRY RD.<br>SUITE 1800<br>ATLANTA, GA 30326 |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>RSUI GROUP, INC.<br>945 EAST PACES FERRY RD.<br>SUITE 1800<br>ATLANTA, GA 30326 |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>SAFETY NATIONAL CASUALTY CORPORATION<br>1832 SCHUETZ ROAD<br>ST. LOUIS, MO 63146 |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>SAFETY NATIONAL CASUALTY CORPORATION<br>1832 SCHUETZ ROAD<br>ST. LOUIS, MO 63146 |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>SAFETY NATIONAL CASUALTY CORPORATION<br>1832 SCHUETZ ROAD<br>ST. LOUIS, MO 63146 |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance Policy Dated 10/01/2024<br><br>SCOTTSDALE INSURANCE COMPANY<br>CLAIM DEPARTMENT<br>PO BOX 182452<br>COLUMBUS, OH 43218 |

Debtor  PHP Holdings, LLC
Name

Case number (if known): 25-80157

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Insurance Policy Dated 10/01/2024<br><br>STARR INDEMNITY & LIABILITY COMPANY<br>399 PARK AVENUE<br>2ND FLOOR<br>NEW YORK, NY 10022 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Insurance Policy Dated 10/01/2024<br><br>STARSTONE SPECIALTY INSURANCE COMPANY<br>ATTN: STARSTONE US SERVICES SPECIALTY UNDERWRITING DEPARTMENT<br>201 E. FIFTH STREET<br>SUITE 1200<br>CINCINNATI, OH 45202 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Ancillary Dated 10/01/2020<br><br>SUN MAR HEALTHCARE<br>3050 SATURN ST.<br>#101<br>BREA, CA 92821 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Insurance Policy Dated 07/01/2022<br><br>U.S. SPECIALTY INSURANCE COMPANY<br>13403 NORTHWEST FREEWAY<br>HOUSTON, TX 77040 |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Insurance Policy Dated 10/01/2024<br><br>UNDERWRITERS AT LLOYD'S OF LONDON<br>C/O CANOPIUS INSURANCE SERVICES<br>140 BROADWAY<br>SUITE 2210<br>NEW YORK, NY 10005 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Capitation Dated 01/01/2017<br><br>UNITED HEALTHCARE |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Insurance Policy Dated 10/01/2024<br><br>WESCO INSURANCE COMPANY<br>C/O AMTRUST EXEC<br>233 N MICHIGAN AVE.<br>SUITE 1200<br>CHICAGO, IL 60601 |

Debtor      PHP Holdings, LLC
            _____          Case number (If known):   25-80157
            Name

---

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** |

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.62** **State what the contract or lease is for and the nature of the debtor's interest** Insurance Policy Dated 10/01/2024 **State the term remaining** **List the contract number of any government contract** | XL SPECIALTY INSURANCE COMPANY REGULATORY OFFICE 505 EAGLEVIEW BOULEVARD SUITE 100 DEPARTMENT: REGULATORY EXTON, PA 19341 |
| **2.63** **State what the contract or lease is for and the nature of the debtor's interest** Insurance Policy Dated 10/01/2024 **State the term remaining** **List the contract number of any government contract** | ZURICH AMERICAN INS. CO. 1299 ZURICH WAY SCHAUMBURG, IL 60196-1056 |
| **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |
| **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |

| Fill in this information to identify the case: |
| --- |

| Debtor name | PHP Holdings, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas, Dallas Division |
| Case number (If known): | 25-80157 |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Codebtors                                          12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.2 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.3 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.4 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.5 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.6 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (if known): | 25-80157 |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.8 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☐ D ☐ E/F ☐ G |
| 2.9 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.10 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.12 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |

Debtor   PHP Holdings, LLC
Name

Case number (If known):   25-80157

---

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.18 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.19 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.20 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.21 | Care@Home Solutions CA, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.22 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.24 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.25 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.26 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.27 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.28 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
| | Name | | | | |

| | **Additional Page if Debtor Has More Codebtors** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D  ☐ E/F  ☐ G |
| 2.32 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D  ☐ E/F  ☐ G |
| 2.33 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D  ☐ E/F  ☐ G |
| 2.34 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D  ☐ E/F  ☐ G |
| 2.35 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D  ☐ E/F  ☐ G |
| 2.36 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D  ☐ E/F  ☐ G |
| 2.37 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D  ☐ E/F  ☐ G |
| 2.38 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D  ☐ E/F  ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (if known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D  ☐ E/F  ☐ G |
| 2.40 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D  ☐ E/F  ☐ G |
| 2.41 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D  ☐ E/F  ☐ G |
| 2.42 | Genesis HealthCare of Southern California, Inc., a Medical Group | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D  ☐ E/F  ☐ G |
| 2.43 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D  ☐ E/F  ☐ G |
| 2.44 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.45 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.46 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D  ☐ E/F  ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.47 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☒ D ☐ E/F ☐ G |
| 2.48 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☒ D ☐ E/F ☐ G |
| 2.49 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS FUND II LLC | ☒ D ☐ E/F ☐ G |
| 2.50 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS FUND III LLC | ☒ D ☐ E/F ☐ G |
| 2.51 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS FUND III-B LLC | ☒ D ☐ E/F ☐ G |
| 2.52 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS KRS FUND LLC | ☒ D ☐ E/F ☐ G |
| 2.53 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS SBAF FUND LLC | ☒ D ☐ E/F ☐ G |
| 2.54 New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS SC FUND LLC | ☒ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
|--------|------------|--|--|--|--|

Name

---

**Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.55 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.56 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.57 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.58 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.59 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.60 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.61 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.62 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
| | Name | | | | |

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | New Genesis Medical Associates, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.64 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.65 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.66 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.67 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.68 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.69 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.70 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.72 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.73 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.74 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.75 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.76 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.77 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.78 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |

Debtor    PHP Holdings, LLC
Name                                                    Case number (If known):    25-80157

---

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.80 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.81 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.82 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.83 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.84 | Nuestra Familia Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.85 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.86 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |

---

Debtor    PHP Holdings, LLC                                      Case number (If known):    25-80157
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.88 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.89 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.90 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.91 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.92 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.93 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.94 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D  ☐ E/F  ☐ G |
| 2.96 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D  ☐ E/F  ☐ G |
| 2.97 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D  ☐ E/F  ☐ G |
| 2.98 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D  ☐ E/F  ☐ G |
| 2.99 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D  ☐ E/F  ☐ G |
| 2.100 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D  ☐ E/F  ☐ G |
| 2.101 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D  ☐ E/F  ☐ G |
| 2.102 | Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D  ☐ E/F  ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| **Column 1: Codebtor** | | | **Column 2: Creditor** | |
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.103 Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.104 Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.105 Pomona Valley Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.106 Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.107 Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.108 Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.109 Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.110 Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (if known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.112 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.113 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.114 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.115 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.116 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.117 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.118 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |

Debtor    PHP Holdings, LLC                                              Case number (if known):      25-80157
Name

| | |
|---|---|
| | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.120 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.121 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.122 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.123 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.124 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.125 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.126 | Primary and Multi-Specialty Clinics of Anaheim, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D  ☐ E/F  ☐ G |
| 2.128 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.129 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.130 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.131 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.132 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D  ☐ E/F  ☐ G |
| 2.133 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D  ☐ E/F  ☐ G |
| 2.134 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|--------|-------------------|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.135 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.136 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.137 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.138 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.139 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.140 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.141 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.142 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (if known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.144 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.145 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.146 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.147 | ProMed Health Care Administrators | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.148 | Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.149 | Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.150 | Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor   PHP Holdings, LLC
_____
Name

Case number (if known): _____25-80157_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.151 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.152 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.153 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.154 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.155 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.156 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.157 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.158 | Prospect ACO, LLC | 3824 Hughes Ave.<br>Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (if known): | 25-80157 |
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| **Column 1: Codebtor** | | | **Column 2: Creditor** | |
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.159 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | BTC HOLDINGS SC FUND LLC | ☑ D  ☐ E/F  ☐ G |
| 2.160 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D  ☐ E/F  ☐ G |
| 2.161 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D  ☐ E/F  ☐ G |
| 2.162 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D  ☐ E/F  ☐ G |
| 2.163 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D  ☐ E/F  ☐ G |
| 2.164 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | CB NC CO-INVEST, L.P. | ☑ D  ☐ E/F  ☐ G |
| 2.165 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | CB PH FUND, L.P. | ☑ D  ☐ E/F  ☐ G |
| 2.166 Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | | CENTERBRIDGE CREDIT CS, L.P. | ☑ D  ☐ E/F  ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|--------|-------------------|--|-------------------------|----------|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| | | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|--|--|--|--|--|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.167 | Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.168 | Prospect ACO, LLC | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.169 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.170 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.171 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.172 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.173 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.174 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.175 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.176 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.177 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.178 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.179 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.180 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.181 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.182 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.183 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.184 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.185 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.186 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.187 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.188 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.189 | Prospect CA Holdings (Physicians), Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.190 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.191 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.192 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.193 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.194 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.195 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.196 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.197 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.198 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |

Debtor    PHP Holdings, LLC
Name

Case number (if known):    25-80157

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.199 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.200 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.201 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.202 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.203 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.204 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.205 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.206 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.207 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☒ D ☐ E/F ☐ G |
| 2.208 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☒ D ☐ E/F ☐ G |
| 2.209 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☒ D ☐ E/F ☐ G |
| 2.210 | Prospect Health Services AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.211 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☒ D ☐ E/F ☐ G |
| 2.212 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☒ D ☐ E/F ☐ G |
| 2.213 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☒ D ☐ E/F ☐ G |
| 2.214 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☒ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
|---|---|---|---|---|---|
| | Name | | | | |

---

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.215 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.216 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.217 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.218 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.219 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.220 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.221 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.222 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | Case number (if known): | 25-80157 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.223 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.224 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.225 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.226 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.227 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.228 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.229 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.230 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |

Debtor    PHP Holdings, LLC
Name

Case number (If known):    25-80157

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.231 | Prospect Health Services TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.232 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.233 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.234 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.235 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.236 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.237 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.238 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | PHP Holdings, LLC | Case number (If known): | 25-80157 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.239 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.240 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.241 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.242 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.243 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.244 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.245 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.246 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    PHP Holdings, LLC
Name _____    Case number (If known):    25-80157

| | **Additional Page if Debtor Has More Codebtors** | | |
|---|---|---|---|

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.247 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.248 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.249 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.250 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.251 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.252 | Prospect Health Source Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.253 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.254 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | Case number (If known): | 25-80157 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.255 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.256 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.257 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.258 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.259 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.260 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.261 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.262 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.263 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.264 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.265 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.266 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.267 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.268 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.269 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.270 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (if known): | 25-80157 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.271 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.272 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.273 | Prospect Intermediate Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.274 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.275 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.276 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.277 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.278 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.279 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.280 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.281 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.282 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.283 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.284 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.285 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.286 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.287 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.288 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.289 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.290 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.291 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.292 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.293 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.294 | Prospect Intermediate Physician Holdings, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.295 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D  ☐ E/F  ☐ G |
| 2.296 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.297 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.298 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.299 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.300 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D  ☐ E/F  ☐ G |
| 2.301 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D  ☐ E/F  ☐ G |
| 2.302 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D  ☐ E/F  ☐ G |

Debtor    PHP Holdings, LLC
Name

Case number (If known):    25-80157

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.303 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.304 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.305 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.306 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.307 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.308 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.309 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.310 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
| | Name | | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.311 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.312 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.313 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.314 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.315 | Prospect Medical Group AZ, LLC | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.316 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.317 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.318 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor    PHP Holdings, LLC
Name

Case number (If known):    25-80157

| | Additional Page if Debtor Has More Codebtors |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.319 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.320 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.321 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.322 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.323 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.324 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.325 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.326 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.327 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.328 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.329 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.330 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.331 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.332 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.333 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.334 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | Case number (If known): | 25-80157 |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.335 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.336 | Prospect Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.337 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.338 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.339 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.340 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.341 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.342 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.343 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.344 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.345 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.346 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.347 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.348 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.349 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.350 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.351 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.352 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.353 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.354 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.355 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.356 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.357 | Prospect Medical Systems, LLC | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.358 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.359 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.360 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.361 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D  ☐ E/F  ☐ G |
| 2.362 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D  ☐ E/F  ☐ G |
| 2.363 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D  ☐ E/F  ☐ G |
| 2.364 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D  ☐ E/F  ☐ G |
| 2.365 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D  ☐ E/F  ☐ G |
| 2.366 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.367 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.368 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.369 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.370 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.371 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.372 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.373 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.374 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |

Debtor PHP Holdings, LLC
Name

Case number (if known): 25-80157

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.375 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.376 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.377 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.378 | Prospect NWOC Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.379 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.380 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.381 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.382 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | Case number (If known): | 25-80157 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | | |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** | |
| 2.383 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G | |
| 2.384 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G | |
| 2.385 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G | |
| 2.386 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G | |
| 2.387 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G | |
| 2.388 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G | |
| 2.389 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G | |
| 2.390 Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G | |

Debtor    PHP Holdings, LLC
Name

Case number (If known):    25-80157

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** | |
| 2.391 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G | |
| 2.392 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G | |
| 2.393 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G | |
| 2.394 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G | |
| 2.395 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G | |
| 2.396 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G | |
| 2.397 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G | |
| 2.398 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G | |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.399 | Prospect Professional Care Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.400 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.401 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.402 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.403 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.404 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.405 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.406 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): 25-80157 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.407 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.408 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.409 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.410 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.411 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.412 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.413 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.414 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.415 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.416 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.417 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.418 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.419 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.420 | Prospect Provider Group TX, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.421 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.422 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | | Case number (If known): | 25-80157 |
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.423 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.424 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.425 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.426 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.427 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.428 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.429 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.430 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.431 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.432 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.433 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.434 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.435 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.436 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.437 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.438 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |

Debtor  PHP Holdings, LLC
Name

Case number (If known):   25-80157

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.439 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.440 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.441 | Prospect West Coast ACO Holdings, LLC | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D<br>☐ E/F<br>☐ G |
| 2.442 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.443 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.444 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.445 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.446 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D<br>☐ E/F<br>☐ G |

Debtor   PHP Holdings, LLC
Name

Case number (If known):   25-80157

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.447 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.448 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.449 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.450 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.451 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.452 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.453 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.454 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC |
|---|---|
| | Name |

Case number (If known): 25-80157

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.455 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.456 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.457 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.458 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.459 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.460 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.461 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.462 | RightRX | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.463 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.464 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.465 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |
| 2.466 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.467 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.468 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.469 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.470 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |

Debtor  PHP Holdings, LLC
_____
Name                                              Case number (If known):    25-80157

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.471 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.472 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.473 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.474 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.475 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.476 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.477 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.478 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |

Debtor   PHP Holdings, LLC

Name

Case number (If known):   25-80157

## Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.479 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.480 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.481 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |
| 2.482 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.483 | StarCare Medical Group, Inc. | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.484 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.485 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.486 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES KRS FUND LP | ☑ D ☐ E/F ☐ G |

Debtor    PHP Holdings, LLC
Name                                                      Case number (if known):    25-80157

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.487 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES SBAF FUND LP | ☑ D ☐ E/F ☐ G |
| 2.488 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH CREDIT OPPORTUNITIES UNLEVERED FUND III LP | ☑ D ☐ E/F ☐ G |
| 2.489 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BLUE TORCH OFFSHORE CREDIT OPPORTUNITIES MASTER FUND II LP | ☑ D ☐ E/F ☐ G |
| 2.490 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND II LLC | ☑ D ☐ E/F ☐ G |
| 2.491 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.492 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.493 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS KRS FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.494 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SBAF FUND LLC | ☑ D ☐ E/F ☐ G |

| Debtor | PHP Holdings, LLC | | Case number (If known): | 25-80157 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.495 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC HOLDINGS SC FUND LLC | ☑ D ☐ E/F ☐ G |
| 2.496 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND II-D LLC | ☑ D ☐ E/F ☐ G |
| 2.497 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III LLC | ☑ D ☐ E/F ☐ G |
| 2.498 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-B LLC | ☑ D ☐ E/F ☐ G |
| 2.499 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | BTC OFFSHORE HOLDINGS FUND III-D LLC | ☑ D ☐ E/F ☐ G |
| 2.500 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | CB NC CO-INVEST, L.P. | ☑ D ☐ E/F ☐ G |
| 2.501 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | CB PH FUND, L.P. | ☑ D ☐ E/F ☐ G |
| 2.502 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE CREDIT CS, L.P. | ☑ D ☐ E/F ☐ G |

Debtor    PHP Holdings, LLC
Name                                                                     Case number (If known):    25-80157

**Additional Page if Debtor Has More Codebtors**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.503 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | CENTERBRIDGE SPECIAL CREDIT PARTNERS IV – I CO-INVEST, L.P. | ☒ D ☐ E/F ☐ G |
| 2.504 | Upland Medical Group, a Professional Medical Corporation | 3824 Hughes Ave. Culver City, CA 90232 | MASSMUTUAL ASCEND LIFE INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.505 | | | | ☐ D ☐ E/F ☐ G |
| 2.506 | | | | ☐ D ☐ E/F ☐ G |
| 2.507 | | | | ☐ D ☐ E/F ☐ G |
| 2.508 | | | | ☐ D ☐ E/F ☐ G |
| 2.509 | | | | ☐ D ☐ E/F ☐ G |
| 2.510 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this fiiing:**

Debtor name  PHP Holdings, LLC

United States Bankruptcy Court for the:  Northern District of Texas, Dallas Division

Case number (If known)  25-80157

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule  _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/17/2025
MM / DD / YYYY

X /s/ Paul Rundell
Signature of individual signing on behalf of debtor

Paul Rundell
Printed name

Chief Restructuring Officer
Position or relationship to debtor